# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 26, 2025

## NO. 03-25-00226-CR

**Mike Escobedo, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 22ND DISTRICT COURT OF COMAL COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE ELLIS**

This is an appeal from the judgment of conviction entered by the trial court. Mike Escobedo has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Mike Escobedo to withdraw his notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.